**Fill in this information to identify the case:**

Debtor Name __Trinity Pharmacies, LLC__

United States Bankruptcy Court for the: Western District of Texas

Case number: __24-50144-CAG__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

| | |
|---|---|
| Month: __April, 2024__ | Date report filed: __05/20/2024__ MM / DD / YYYY |
| Line of business: __Pharmacy__ | NAISC code: __4242__ |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Larry P. Oliver

Original signature of responsible party    *Larry P. Oliver*

Printed name of responsible party        Larry P. Oliver

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Trinity Pharmacies, LLC

Case number  24-50144-CAG

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ 3,855.73

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $ 354,306.22

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                    – $ 376,058.56

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $ -21,698.34
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    = $ -17,842.61

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ 0.00

    *(Exhibit E)*

Debtor Name  Trinity Pharmacies, LLC

Case number  24-50144-CAG

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

    $ 56,000.00

## 5. Employees

26. What was the number of employees when the case was filed?                           15

27. What is the number of employees as of the date of this monthly report?              16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 1,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 3,000.00

30. How much have you paid this month in other professional fees?                                     $ 5,000.00

31. How much have you paid in total other professional fees since filing the case?                   $ 5,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** | — | Column B **Actual** | = | Column C **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 278,000.00 | — | $ 354,360.22 | = | $ 76,360.22 |
| 33. **Cash disbursements** | $ 278,000.00 | — | $ 376,058.56 | = | $ 98,058.56 |
| 34. **Net cash flow** | $ 0.00 | — | $ -21,698.34 | = | $ -21,698.34 |

35. Total projected cash receipts for the next month:                          $ 295,000.00

36. Total projected cash disbursements for the next month:                    - $ 290,411.00

37. Total projected net cash flow for the next month:                         = $ 4,589.00

Debtor Name <u>Trinity Pharmacies, LLC</u>

Case number <u>24-50144-CAG</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT B**

**15.  Have you borrowed money from anyone or has anyone made any payment on your behalf?**

**Larry Oliver made payment to American Bank in the amount of $1,317.50 for interest on Trinity Pharmacies' LOC on 04/08/2024.**

## Exhibit C

### Cash Receipts 4/1-4/30/2024

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/01/2024 | $ 1,329.54 | 04/17/2024 | $ 153.21 |
| 04/01/2024 | $ 9,863.45 | 04/17/2024 | $10,415.01 |
| 04/01/2024 | $ 30.00 | 04/17/2024 | $10,720.58 |
| 04/01/2024 | $ 88.25 | 04/18/2024 | $ 108.01 |
| 04/01/2024 | $ 5,061.74 | 04/18/2024 | $ 1,579.16 |
| 04/02/2024 | $ 129.63 | 04/19/2024 | $ 137.77 |
| 04/02/2024 | $ 2,094.18 | 04/22/2024 | $ 1,821.46 |
| 04/03/2024 | $ 9,587.99 | 04/22/2024 | $ 2.98 |
| 04/03/2024 | $11,195.70 | 04/22/2024 | $ 177.78 |
| 04/04/2024 | $ 4,256.56 | 04/22/2024 | $ 7,149.03 |
| 04/04/2024 | $ 3,287.57 | 04/23/2024 | $17,648.81 |
| 04/04/2024 | $ 7,898.54 | 04/23/2024 | $ 79.70 |
| 04/05/2024 | $ 7,640.99 | 04/24/2024 | $ 124.10 |
| 04/05/2024 | $23,483.58 | 04/24/2024 | $ 9,556.68 |
| 04/08/2024 | $ 164.80 | 04/25/2024 | $ 33,425.59 |
| 04/08/2024 | $ 8,094.73 | 04/25/2024 | $ 6.96 |
| 04/08/2024 | $ 36,612.61 | 04/25/2024 | $ 8,774.49 |
| 04/09/2024 | $ 12,655.63 | 04/26/2024 | $ 455.22 |
| 04/09/2024 | $ 39.67 | 04/26/2024 | $ 12,035.08 |
| 04/10/2024 | $ 174.20 | 04/29/2024 | $ 46.44 |
| 04/10/2024 | $ 14,575.15 | 04/29/2024 | $ 101.41 |
| 04/11/2024 | $ 2,627.12 | 04/29/2024 | $ 5,366.55 |
| 04/11/2024 | $ 14,398.28 | 04/30/2024 | $ 84.72 |
| 04/11/2024 | $ 219.44 | 04/30/2024 | $ 9,722.48 |
| 04/11/2024 | $ 23,655.08 | | |
| 04/12/2024 | $ 64.49 | **Total Cash Receipts** | **$ 354,360.22** |
| 04/12/2024 | $ 1,596.78 | | |
| 04/15/2024 | $ 5,023.37 | | |
| 04/15/2024 | $ 19.98 | | |
| 04/15/2024 | $ 1,976.24 | | |
| 04/15/2024 | $ 7,188.86 | | |
| 04/15/2024 | $ 7,516.04 | | |
| 04/16/2024 | $ 131.63 | | |
| 04/17/2024 | $ 1,985.18 | | |

## EXHIBIT D

## Cash Disbursements 4/1 – 4/30/2024

| Date Cleared | Payee | Purpose | Amount |
|---|---|---|---|
| 04/01/24 | Mutual of Omaha | Health Insurance-Partner | $ 119.74 |
| 04/01/24 | Verizon Wireless | Telephone charge | $ 187.02 |
| 04/01/24 | AmEx-Pharma Automation | Prescription labels | $ 2,024.44 |
| 04/01/24 | Barbara Schroeder | Payroll | $ 4,245.06 |
| 04/01/24 | Specialized Runners | Prescription deliveries | $15,807.95 |
| 04/02/24 | Pharmacy First | Insurance Processing | $ 310.00 |
| 04/02/24 | NextLevel | Telephone/Internet | $ 546.13 |
| 04/02/24 | Debra Oliver | Payroll | $ 7,034.57 |
| 04/02/24 | TransAmerica Life Ins Co | Employee life insurance | $ 385.67 |
| 04/03/24 | Larry Oliver | April rent-partial | $ 2,255.28 |
| 04/03/24 | First Data | Merchant acct fee | $ 599.97 |
| 04/03/24 | IRS | Payroll taxes | $ 7,783.63 |
| 04/04/24 | ADT | Security system | $ 924.36 |
| 04/04/24 | TAS United LLC | Answering service | $ 1,696.48 |
| 04/04/24 | Relay Health | Prescription processing | $ 174.86 |
| 04/05/24 | Specialized Runners | Prescription deliveries | $ 16,070.88 |
| 04/08/24 | CapOne-SR Fax | Computer & Internet exp | $ 95.15 |
| 04/08/24 | CapOne-JotForm | Computer & Internet exp | $ 139.32 |
| 04/08/24 | Verizon Wireless | Telephone charge | $ 193.80 |
| 04/08/24 | CapOne-Intuit (QB) | Computer & Internet exp | $ 317.67 |
| 04/08/24 | CPS | Electricity | $ 422.25 |
| 04/08/24 | IRS | Penalty & Interest 4th Qtr/2023 | $ 871.27 |
| 04/08/24 | AmEx-Indep Pharma Distr. | Pharmaceuticals | $ 1,000.00 |
| 04/08/24 | IRS | Payroll taxes | $ 2,902.36 |
| 04/08/24 | Altium Healthcare | Pharmaceuticals | $ 1,307.64 |
| 04/09/24 | Elite EXTRA | Computer & Internet expense | $ 976.84 |
| 04/09/24 | Met Life | Life, dental, vision ins. | $ 1,150.96 |
| 04/10/24 | Clover App | Merchant account app | $ 27.06 |
| 04/10/24 | First Data | Merchant account terminal | $ 107.17 |
| 04/10/24 | Indep Pharma Distr | Pharmaceuticals | $ 912.51 |
| 04/10/24 | Documation | Equipment rental | $ 1,782.28 |
| 04/10/24 | United Healthcare | Employee health insurance | $ 5,057.64 |
| 04/10/24 | Morris & Dickson Co | Pharmaceuticals | $ 59,252.69 |
| 04/10/24 | Eric Terry Law PLLC | Subchapter 5 Trustee | $ 1,000.00 |
| 04/11/24 | Quill | Office supplies | $ 192.20 |
| 04/11/24 | Iron Mountain | Shredding | $ 616.01 |
| 04/11/24 | Ready Refresh | Water | $ 228.48 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/12/24 | Kylie Quinn | Payroll | $ 219.25 |
| 04/12/24 | Kylie Quinn | Payroll | $ 219.26 |
| 04/12/24 | Daniel Leonard | Payroll | $ 748.83 |
| 04/12/24 | Keisha Taylor | Payroll | $ 1,055.38 |
| 04/12/24 | Fair Oaks Ranch CC | Meals & Entertainment | $ 1,056.15 |
| 04/12/24 | Bianca Stone | Payroll | $ 1,115.72 |
| 04/12/24 | Kelly Nguyen | Payroll | $ 1,262.82 |
| 04/12/24 | Joe Guzman | Payroll | $ 1,263.03 |
| 04/12/24 | Jacqueline Hernandez | Payroll | $ 1,323.93 |
| 04/12/24 | Emmanuel Igun | Payroll | $ 1,350.58 |
| 04/12/24 | Julie Parks | Payroll | $ 1,513.23 |
| 04/12/24 | Erica Guzman | Payroll | $ 1,928.99 |
| 04/12/24 | Larry Oliver | Payroll | $ 3,183.46 |
| 04/12/24 | Pharmacist Mutual Ins Co | Liability Insurance | $ 4,098.92 |
| 04/12/24 | April Grant | Payroll | $ 4,111.78 |
| 04/12/24 | Barbara Schroeder | Payroll | $ 4,245.06 |
| 04/12/24 | David Hoffman | Payroll | $ 4,564.64 |
| 04/12/24 | Debra Oliver | Payroll | $ 7,034.57 |
| 04/12/24 | Specialized Runners | Prescription deliveries | $17,199.60 |
| 04/15/24 | Teinert Consulting | 2022 Tax Return | $ 5,000.00 |
| 04/15/24 | AmEx-Indeed | Advertising | $ 249.42 |
| 04/15/24 | TAS United LLC | Answering service | $ 1,737.07 |
| 04/15/24 | Altium Healthcare | Pharmaceuticals | $ 771.80 |
| 04/15/24 | Transamerica Life Ins Co | Employee life insurance | $ 385.67 |
| 04/16/24 | Medisca | Pharmaceuticals | $ 60.00 |
| 04/16/24 | Health Care Logistics | Pharmaceuticals | $ 128.67 |
| 04/17/24 | IRS | Payroll taxes | $11,458.75 |
| 04/18/24 | Larry Oliver | April rent-remainder | $ 2,744.72 |
| 04/22/24 | Specialized Runners | Prescription deliveries | $16,530.95 |
| 04/24/24 | Quill | Office supplies | $ 64.70 |
| 04/24/24 | CapOne-Indep Pharma Dist | Pharmaceuticals | $ 939.89 |
| 04/24/24 | United American Ins Co | Health Ins-partner | $ 330.00 |
| 04/25/24 | Morris & Dickson Co | Pharmaceuticals | $44,945.35 |
| 04/26/24 | Kylie Quinn | Payroll | $ 166.23 |
| 04/26/24 | Kylie | Payroll | $ 166.23 |
| 04/26/24 | WEX (Shell Oil) | Automobile expense | $ 235.55 |
| 04/26/24 | Jacqueline Hernandez | Payroll | $ 924.70 |
| 04/26/24 | Daniel Leonard | Payroll | $ 1,005.27 |
| 04/26/24 | Kelly Nguyen | Payroll | $ 1,080.71 |
| 04/26/24 | Joe Guzman | Payroll | $ 1,312.37 |
| 04/26/24 | Keisha Taylor | Payroll | $ 1,336.16 |
| 04/26/24 | Emmanuel Igun | Payroll | $ 1,396.34 |
| 04/26/24 | Bianca Stone | Payroll | $ 1,405.25 |
| 04/26/24 | Julie Parks | Payroll | $ 1,509.70 |

| | | | |
|---|---|---|---:|
| 04/26/24 | Erika Guzman | Payroll | $ 1,721.70 |
| 04/26/24 | Larry Oliver | Payroll | $ 3,183.47 |
| 04/26/24 | April Grant | Payroll | $ 4,111.77 |
| 04/26/24 | Barbara Schroeder | Payroll | $ 4,245.07 |
| 04/26/24 | David Hoffman | Payroll | $ 4,629.32 |
| 04/26/24 | Debra Oliver | Payroll | $ 7,034.59 |
| 04/26/24 | Specialized Runners | Prescription deliveries | $ 17,468.36 |
| 04/29/24 | Larry Oliver | Rent-partial May | $ 2,744.72 |
| 04/29/24 | Cap One-Jason's Deli | Employee Birthdays | $ 205.72 |
| 04/29/24 | Auburn Pharmaceuticals | Pharmaceuticals | $ 244.15 |
| 04/29/24 | Cap One – Intuit | Quickbooks | $ 317.67 |
| 04/29/24 | TX Workforce Commission | State Unemployment taxes | $ 451.11 |
| 04/29/24 | Internal Revenue Service | Federal Unemployment taxes | $ 605.34 |
| 04/29/24 | Cap One-Pharma Automation | Robotics supplies | $ 1,690.05 |
| 04/29/24 | Liberty Software | Prescription processing | $ 3,217.64 |
| 04/29/24 | AmEx – Indep Pharma Dist. | Pharmaceuticals | $ 5,022.96 |
| 04/29/24 | Relay Health | Prescription processing | $ 182.59 |
| 04/30/24 | Cap One – Medisca | Pharmaceuticals | $ 360.00 |
| 04/30/24 | IRS | Payroll taxes | $ 956.92 |
| 04/30/24 | MD Toolbox | MD Electronic signatures | $ 1,110.00 |
| 04/30/24 | AmEx-Pharma Auto Supply | Prescription Labels | $ 1,996.58 |
| 04/30/24 | Larry Oliver | 2/15-2/28 missed payroll | $ 3,183.46 |
| 04/30/24 | IRS | Payroll taxes | $ 11,485.90 |
| **Total Cash Disbursements (Cleared bank)** | | | $368,269.13 |

## Checks Issued but not Cleared

| **Date of Check** | | | |
|---|---|---|---:|
| 04/22/24 | On Deck Capital | Loan repayment | $ 4,500.00 |
| 04/22/24 | MetLife | Life,Dental,Vision Ins. | $ 962.84 |
| 04/23/24 | AT&T | Hotspot | $ 53.95 |
| 04/25/24 | Elite Extra | Delivery Routing | $ 981.31 |
| 04/29/24 | Altium Healthcare Inc | Pharmaceuticals | $ 535.84 |
| 04/30/24 | Iron Mountain | Shredding | $ 755.49 |
| **Disbursements Not Cleared** | | | $ 7,789.43 |

| | |
|---|---:|
| **TOTAL CASH DISBURSEMENTS** | $376,058.56 |

# AmericanBank

MEMBER FDIC · EQUAL HOUSING LENDER

P.O. BOX 6469
CORPUS CHRISTI, TEXAS 78466-6469

Return Service Requested

00004174 TA306D05012405564300 01 000000000 0000000 010

Trinity Pharmacies LLC
Chapter 11 Debtor in Possession
Case No 24-50144
DBA Sonterra Rx
1162 E Sonterra Blvd Ste 100
San Antonio TX 78258-4048

| | |
|---|---|
| Account Number | XXXXXX8463 |
| Statement Date | 04/30/2024 |
| Check/Items Enclosed | 30 |
| Page | 1 |

## Customer Service Information

 **Customer Service DirectLine:**
(800) 257-8316
**24-Hour Bank-By-Phone:**
(800) 257-8086

 **Written Inquiries:**
P.O. Box 6469
Corpus Christi, Texas 78466-6469

 **Visit Us Online:**
www.AmericanBank.com

## Relationship Summary

| Account Type | Balance |
|---|---|
| CHECKING | $10,467.54 |

## BASIC BUSINESS CHECKING

Account Number: XXXXXX8463

| | |
|---|---|
| Account Owner(s): | Trinity Pharmacies LLC |
| | Chapter 11 Debtor in Possession |
| | Case No 24-50144 |
| | DBA Sonterra Rx |

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/01/2024** | **$24,376.45** |
| + Deposits and Credits (58) | $354,360.22 |
| - Withdrawals and Debits (104) | $368,269.13 |
| **Ending Balance as of 04/30/2024** | **$10,467.54** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $45,423.00 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Apr 01 | BEGINNING BALANCE | | | $24,376.45 |
| Apr 01 | DEPOSIT | 1,329.54 | | 25,705.99 |
| Apr 01 | DEPOSIT | 9,863.45 | | 35,569.44 |
| Apr 01 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 30.00 | | 35,599.44 |
| Apr 01 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 88.25 | | 35,687.69 |
| Apr 01 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 5,061.74 | | 40,749.43 |
| Apr 01 | OMAHA SUP INS CO/APR INSPRM L07895 TRINITY PHARMACIES, L | | 119.74 | 40,629.69 |
| Apr 01 | VZ WIRELESS VE/VZW WEBPAY 3273348 LARRY *OLIVER | | 187.02 | 40,442.67 |

# CHECKBOOK RECONCILIATION

**CHECKS OUTSTANDING**

| CHECK # | AMOUNT |
|---------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**ATM/DEBIT CARD WITHDRAWALS**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**AUTOMATIC PAYMENTS/WITHDRAWALS**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
Ending balance this statement $ _____

**Add**
Recent Deposits + _____
(Not credited on this statement) + _____

**Total** = _____

**Subtract**
Checks & Withdrawals
Outstanding − _____

*Adjusted Statement Balance* $ _____

**Enter**
Current Checkbook Balance $ _____

**Add**
Interest Earned
This Statement + _____

**Total** = _____

**Subtract**
Service Charge
This Statement − _____

Other Fees (ATM, etc.) − _____

*Adjusted Checkbook Balance* $ _____

Difference Between Checkbook
Balance & Statement Balance $ _____
(Should be - 0 -)

## In Case of Errors or Questions About Your Electronic Transfers

**Telephone us at (361) 992-9911 or 1-800-257-8316 or write us at P.O. Box 6469, Corpus Christi, Texas 78466-6469** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For personal account errors or questions, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Business account errors or questions are governed by the Uniform Commercial Code.

**Checklist for Balancing:**

☐ Adjust your checkbook balance from last month for interest earned, fees or any other adjustments needed to balance your account.

☐ Verify any ATM, telephone transfers, direct deposits or debit card transactions included on this statement but not shown in your checkbook.

☐ Verify that the amounts written on the checks included with this statement are the same amounts recorded in your checkbook.

☐ Check that all deposits listed in this statement are the same amounts recorded in your checkbook.

☐ Verify that the encoded amount (in the lower right-hand corner of each cancelled check) is for the same amount you wrote the check.

R 5/18

Account Number    XXXXXX8463
Statement Date     04/30/2024
Page                           2

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|---------:|------------:|--------:|
| Apr 01 | AMEX EPAYMENT/ACH PMT W5628 DEBRA D OLIVER | | 2,024.44 | 38,418.23 |
| Apr 01 | INTUIT 25724580/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,245.06 | 34,173.17 |
| Apr 01 | CHECK #9933 | | 15,807.95 | 18,365.22 |
| Apr 02 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 129.63 | | 18,494.85 |
| Apr 02 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 2,094.18 | | 20,589.03 |
| Apr 02 | PHARMACYFIRST/TP/TPSDEBIT 4516033 SONTERRA RX | | 310.00 | 20,279.03 |
| Apr 02 | NEXTLEVEL INTERN/PURCHASE 858 836 0704 TRINITY PHARCACIES | | 546.13 | 19,732.90 |
| Apr 02 | INTUIT 25877228/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 7,034.57 | 12,698.33 |
| Apr 02 | CHECK #9931 | | 385.67 | 12,312.66 |
| Apr 03 | DEPOSIT | 9,587.99 | | 21,900.65 |
| Apr 03 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 11,195.70 | | 33,096.35 |
| Apr 03 | LOAN AUTO TSF LN 318940 | | 2,255.28 | 30,841.07 |
| Apr 03 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | | 599.97 | 30,241.10 |
| Apr 03 | IRS/USATAXPYMT *****9453521748 TRINITY PHARMACIES LLC | | 7,783.63 | 22,457.47 |
| Apr 04 | DEPOSIT | 4,256.56 | | 26,714.03 |
| Apr 04 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 3,287.57 | | 30,001.60 |
| Apr 04 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 7,898.54 | | 37,900.14 |
| Apr 04 | ADT SECURITY SER/ADTPAPACH 9034937 SONTERRA RX | | 924.36 | 36,975.78 |
| Apr 04 | TAS UNITED/SALE LLC TRINITY PHARMACIES | | 1,696.48 | 35,279.30 |
| Apr 04 | CHECK #9930 | | 174.86 | 35,104.44 |
| Apr 05 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 7,640.99 | | 42,745.43 |
| Apr 05 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 23,483.58 | | 66,229.01 |
| Apr 05 | CHECK #9938 | | 16,070.88 | 50,158.13 |
| Apr 08 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 164.80 | | 50,322.93 |
| Apr 08 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 8,094.73 | | 58,417.66 |
| Apr 08 | MORRIS & DICKSON/GENERC REB 27888 SONTERRA RX | 36,612.61 | | 95,030.27 |
| Apr 08 | CAPITAL ONE/ONLINE PMT 3X9B7S6RTHCGLGN LARRY P OLIVER | | 95.15 | 94,935.12 |
| Apr 08 | CAPITAL ONE/ONLINE PMT 3X9B7QRERC9O1WN LARRY P OLIVER | | 139.32 | 94,795.80 |
| Apr 08 | VERIZON WIRELESS/PAYMENTS 072581685900001 0000000072581685900001 | | 193.80 | 94,602.00 |
| Apr 08 | CAPITAL ONE/ONLINE PMT 3X9B7PRUU5NC59J LARRY P OLIVER | | 317.67 | 94,284.33 |
| Apr 08 | CITY PUBLIC SRV/CPS WEBPMT 003002298231 TRINITY PHARMACIES LLC | | 422.25 | 93,862.08 |
| Apr 08 | IRS/USATAXPYMT *****9942468916 TRINITY PHARMACIES LLC | | 871.27 | 92,990.81 |
| Apr 08 | AMEX EPAYMENT/ACH PMT W1868 DEBRA D OLIVER | | 1,000.00 | 91,990.81 |
| Apr 08 | IRS/USATAXPYMT *****9955416049 TRINITY PHARMACIES LLC | | 2,902.36 | 89,088.45 |
| Apr 08 | CHECK #9936 | | 1,307.64 | 87,780.81 |

Account Number        XXXXXX8463
Statement Date          04/30/2024
Page                                  3

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|---------:|------------:|--------:|
| Apr 09 | DEPOSIT | 12,655.63 | | 100,436.44 |
| Apr 09 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 39.67 | | 100,476.11 |
| Apr 09 | CHECK #9929 | | 976.84 | 99,499.27 |
| Apr 09 | CHECK #9932 | | 1,150.96 | 98,348.31 |
| Apr 10 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 174.20 | | 98,522.51 |
| Apr 10 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 14,575.15 | | 113,097.66 |
| Apr 10 | CLOVER APP MRKT/CLOVER APP 899-9882993-000 SONTERRA RX | | 27.06 | 113,070.60 |
| Apr 10 | FDMS/FDMS PYMT 052-2108002-000 SONTERRA RX | | 107.17 | 112,963.43 |
| Apr 10 | CAPITAL ONE/ONLINE PMT 3XA5N8BGVWOEHLZ LARRY P OLIVER | | 912.51 | 112,050.92 |
| Apr 10 | ACCOUNT SERVICES/WEB PYMNT 738445862 TRINITY PHARMACIES LLC | | 1,782.28 | 110,268.64 |
| Apr 10 | UNITED HEALTHCAR/EDI PAYMTS 131784650451 TRINITY PHARMACI | | 5,057.64 | 105,211.00 |
| Apr 10 | MORRIS & DICKSON/AR-MD 27888 SONTERRA RX | | 59,252.69 | 45,958.31 |
| Apr 10 | CHECK #9935 | | 1,000.00 | 44,958.31 |
| Apr 11 | DEPOSIT | 2,627.12 | | 47,585.43 |
| Apr 11 | DEPOSIT | 14,398.28 | | 61,983.71 |
| Apr 11 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 219.44 | | 62,203.15 |
| Apr 11 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 23,655.08 | | 85,858.23 |
| Apr 11 | QUILL CORPORATIO/BT0410 000000266967078 TRINITY PHARMACIES, LL | | 192.20 | 85,666.03 |
| Apr 11 | IRON MOUNTAIN/BT0410 000000266971182 TRINITY PHARMACIES, LL | | 616.01 | 85,050.02 |
| Apr 11 | CHECK #9937 | | 228.48 | 84,821.54 |
| Apr 12 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 64.49 | | 84,886.03 |
| Apr 12 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 1,596.78 | | 86,482.81 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 219.25 | 86,263.56 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 219.26 | 86,044.30 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 748.83 | 85,295.47 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,055.38 | 84,240.09 |
| Apr 12 | CLUB/PAYMENT CCUPAY007546039 OLIVERLARRY | | 1,056.15 | 83,183.94 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,115.72 | 82,068.22 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,262.82 | 80,805.40 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,263.03 | 79,542.37 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,323.93 | 78,218.44 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,350.58 | 76,867.86 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,513.23 | 75,354.63 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,928.99 | 73,425.64 |

00004174 0020522 0003-0009

| | |
|---|---|
| Account Number | XXXXXX8463 |
| Statement Date | 04/30/2024 |
| Page | 4 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Apr 12 | INTUIT 26745650/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 3,183.46 | 70,242.18 |
| Apr 12 | PHARMACISTS MUTU/BILLPAY PHARMACISTS MUT TRINITY PHARMACIES LL | | 4,098.92 | 66,143.26 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,111.78 | 62,031.48 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,245.06 | 57,786.42 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,564.64 | 53,221.78 |
| Apr 12 | INTUIT 26741252/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 7,034.57 | 46,187.21 |
| Apr 12 | CHECK #9946 | | 17,199.60 | 28,987.61 |
| Apr 15 | DEPOSIT | 5,023.37 | | 34,010.98 |
| Apr 15 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 19.98 | | 34,030.96 |
| Apr 15 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 1,976.24 | | 36,007.20 |
| Apr 15 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 7,188.86 | | 43,196.06 |
| Apr 15 | ORIG:TRANSCEND HOSPICE 15 LLC TRN:P202404150122416 | 7,516.04 | | 50,712.10 |
| Apr 15 | BENE:CLINT TEINERT TRN:P202404150082513 | | 5,000.00 | 45,712.10 |
| Apr 15 | AMEX EPAYMENT/ACH PMT M0980 DEBRA D OLIVER | | 249.42 | 45,462.68 |
| Apr 15 | TAS UNITED/SALE LLC TRINITY PHARMACIES | | 1,737.07 | 43,725.61 |
| Apr 15 | CHECK #9939 | | 771.80 | 42,953.81 |
| Apr 15 | CHECK #9944 | | 385.67 | 42,568.14 |
| Apr 16 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 131.63 | | 42,699.77 |
| Apr 16 | CHECK #9940 | | 60.00 | 42,639.77 |
| Apr 16 | CHECK #9943 | | 128.67 | 42,511.10 |
| Apr 17 | DEPOSIT | 1,985.18 | | 44,496.28 |
| Apr 17 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 153.21 | | 44,649.49 |
| Apr 17 | INTERCHANGE RX,/PDC PHARM 4516033 SONTERRA RX | 10,415.01 | | 55,064.50 |
| Apr 17 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 10,720.58 | | 65,785.08 |
| Apr 17 | IRS/USATAXPYMT *****0894311878 TRINITY PHARMACIES LLC | | 11,458.75 | 54,326.33 |
| Apr 18 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 108.01 | | 54,434.34 |
| Apr 18 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 1,579.16 | | 56,013.50 |
| Apr 18 | REF 05756764 TO *0146 | | 2,744.72 | 53,268.78 |
| Apr 19 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 137.77 | | 53,406.55 |
| Apr 22 | DEPOSIT | 1,821.46 | | 55,228.01 |
| Apr 22 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 2.98 | | 55,230.99 |
| Apr 22 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 177.78 | | 55,408.77 |
| Apr 22 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 7,149.03 | | 62,557.80 |
| Apr 22 | CHECK #9947 | | 16,530.95 | 46,026.85 |
| Apr 23 | DEPOSIT | 17,648.81 | | 63,675.66 |
| Apr 23 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 79.70 | | 63,755.36 |

| | |
|---|---|
| Account Number | XXXXX8463 |
| Statement Date | 04/30/2024 |
| Page | 5 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Apr 24 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 124.10 | | 63,879.46 |
| Apr 24 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 9,556.68 | | 73,436.14 |
| Apr 24 | QUILL CORPORATIO/BT0423 000000268695166 TRINITY PHARMACIES, LL | | 64.70 | 73,371.44 |
| Apr 24 | CAPITAL ONE/ONLINE PMT 3XD43DH0P1N0C6F LARRY P OLIVER | | 939.89 | 72,431.55 |
| Apr 24 | CHECK #9945 | | 330.00 | 72,101.55 |
| Apr 25 | DEPOSIT | 33,425.59 | | 105,527.14 |
| Apr 25 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 6.96 | | 105,534.10 |
| Apr 25 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 8,774.49 | | 114,308.59 |
| Apr 25 | MORRIS & DICKSON/AR-MD 27888 SONTERRA RX | | 44,945.35 | 69,363.24 |
| Apr 26 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 455.22 | | 69,818.46 |
| Apr 26 | INTERCHANGE RX,/PDC PHARMA 4516033 SONTERRA RX | 12,035.08 | | 81,853.54 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 166.23 | 81,687.31 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 166.23 | 81,521.08 |
| Apr 26 | WEX INC/FLEET DEBI 9100006108984 TEXATOPE PHARMACY | | 235.55 | 81,285.53 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 924.70 | 80,360.83 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,005.27 | 79,355.56 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,080.71 | 78,274.85 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,312.37 | 76,962.48 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,336.16 | 75,626.32 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,396.34 | 74,229.98 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,405.25 | 72,824.73 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,509.70 | 71,315.03 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 1,721.70 | 69,593.33 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 3,183.47 | 66,409.86 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,111.77 | 62,298.09 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,245.07 | 58,053.02 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 4,629.32 | 53,423.70 |
| Apr 26 | INTUIT 27825825/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 7,034.59 | 46,389.11 |
| Apr 26 | CHECK #9952 | | 17,468.36 | 28,920.75 |
| Apr 29 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 46.44 | | 28,967.19 |
| Apr 29 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 101.41 | | 29,068.60 |
| Apr 29 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 5,366.55 | | 34,435.15 |

00004174 0020524 0005-0009

Account Number XXXXXX8463
Statement Date 04/30/2024
Page 6

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Apr 29 | REF 15914482 TO *2779 REF15914482 FRM *8 | | 2,744.72 | 31,690.43 |
| Apr 29 | CAPITAL ONE/ONLINE PMT 3XDR0ZFZA2366CN LARRY P OLIVER | | 205.72 | 31,484.71 |
| Apr 29 | CAPITAL ONE/ONLINE PMT 3XDR10FE3HFTVON LARRY P OLIVER | | 244.15 | 31,240.56 |
| Apr 29 | CAPITAL ONE/ONLINE PMT 3XDQZV8I0200M93 LARRY P OLIVER | | 317.67 | 30,922.89 |
| Apr 29 | TXWORKFORCECOMM/DEBIT (512)463-2325 TWC-113525932 | | 451.11 | 30,471.78 |
| Apr 29 | IRS/USATAXPYMT *****2071518000 TRINITY PHARMACIES LLC | | 605.34 | 29,866.44 |
| Apr 29 | CAPITAL ONE/ONLINE PMT 3XDR15QLCLS7UDA LARRY OLIVER | | 1,690.05 | 28,176.39 |
| Apr 29 | LIBERTYSOFTWARE/PURCHASE SONTERRA RX 3 SONTERRA RX 3 | | 3,217.64 | 24,958.75 |
| Apr 29 | AMEX EPAYMENT/ACH PMT W4852 DEBRA D OLIVER | | 5,022.96 | 19,935.79 |
| Apr 29 | CHECK #9950 | | 182.59 | 19,753.20 |
| Apr 30 | MERCH BNKCD NSD/DEPOSIT 526378731883 SONTERRA RX | 84.72 | | 19,837.92 |
| Apr 30 | TP STATION CP/TPSDEPOSIT 4516033 SONTERRA RX | 9,722.48 | | 29,560.40 |
| Apr 30 | CAPITAL ONE/MOBILE PMT 3XEDBJ5XA4PNY4E LARRY OLIVER | | 360.00 | 29,200.40 |
| Apr 30 | IRS/USATAXPYMT *****2165965415 TRINITY PHARMACIES LLC | | 956.92 | 28,243.48 |
| Apr 30 | MDTOOLBOX/SALE LLC TRINITY PHARMACIES | | 1,110.00 | 27,133.48 |
| Apr 30 | AMEX EPAYMENT/ACH PMT W8720 DEBRA D OLIVER | | 1,996.58 | 25,136.90 |
| Apr 30 | INTUIT 28094811/PAYROLL 5286038 TRINITY PHARMACIES, LL | | 3,183.46 | 21,953.44 |
| Apr 30 | IRS/USATAXPYMT *****2174400834 TRINITY PHARMACIES LLC | | 11,485.90 | 10,467.54 |
| Apr 30 | ENDING BALANCE | | | $10,467.54 |

## CHECKS PAID

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Apr 09 | 9929 | 976.84 | Apr 08 | 9936 | 1,307.64 | Apr 15 | 9944 | 385.67 |
| Apr 04 | 9930 | 174.86 | Apr 11 | 9937 | 228.46 | Apr 24 | 9945 | 330.00 |
| Apr 02 | 9931 | 385.67 | Apr 05 | 9938 | 16,070.88 | Apr 12 | 9946 | 17,199.60 |
| Apr 09 | 9932 | 1,150.96 | Apr 15 | 9939 | 771.80 | Apr 22 | 9947 | 16,530.95 |
| Apr 01 | 9933 | 15,807.95 | Apr 16 | 9940 | 60.00 | Apr 29 | *9950 | 182.59 |
| Apr 10 | *9935 | 1,000.00 | Apr 16 | *9943 | 128.67 | Apr 26 | 9952 | 17,468.36 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Apr 01 | 18,365.22 | Apr 11 | 84,821.54 | Apr 22 | 46,026.85 |
| Apr 02 | 12,312.66 | Apr 12 | 28,987.61 | Apr 23 | 63,755.36 |
| Apr 03 | 22,457.47 | Apr 15 | 42,568.14 | Apr 24 | 72,101.55 |
| Apr 04 | 35,104.44 | Apr 16 | 42,511.10 | Apr 25 | 69,363.24 |
| Apr 05 | 50,158.13 | Apr 17 | 54,326.33 | Apr 26 | 28,920.75 |
| Apr 08 | 87,780.81 | Apr 18 | 53,268.78 | Apr 29 | 19,753.20 |
| Apr 09 | 98,348.31 | Apr 19 | 53,406.55 | Apr 30 | 10,467.54 |
| Apr 10 | 44,958.31 | | | | |

# CHECK IMAGES





| | |
|---|---|
| 04/01/2024 $1,329.54 | 04/01/2024 $9,863.45 |
| 04/03/2024 $9,587.99 | 04/04/2024 $4,256.56 |
| 04/09/2024 $12,655.63 | 04/11/2024 $2,627.12 |
| 04/11/2024 $14,398.28 | 04/15/2024 $5,023.37 |
| 04/17/2024 $1,985.18 | 04/22/2024 $1,821.46 |
| 04/23/2024 $17,648.81 | 04/25/2024 $33,425.59 |

00004174 0020526 0007-0009



## CHECK IMAGES (Continued)





| 04/09/2024 | Check 9929 | $976.84 |
|---|---|---|



| 04/04/2024 | Check 9930 | $174.86 |
|---|---|---|



| 04/02/2024 | Check 9931 | $385.67 |
|---|---|---|



| 04/09/2024 | Check 9932 | $1,150.96 |
|---|---|---|



| 04/01/2024 | Check 9933 | $15,807.95 |
|---|---|---|



| 04/10/2024 | Check 9935 | $1,000.00 |
|---|---|---|



| 04/08/2024 | Check 9936 | $1,307.64 |
|---|---|---|



| 04/11/2024 | Check 9937 | $228.48 |
|---|---|---|



| 04/05/2024 | Check 9938 | $16,070.88 |
|---|---|---|



| 04/15/2024 | Check 9939 | $771.80 |
|---|---|---|



| 04/16/2024 | Check 9940 | $60.00 |
|---|---|---|

| 04/16/2024 | Check 9943 | $128.67 |
|---|---|---|

# CHECK IMAGES (Continued)





| | | |
|---|---|---|
| 04/15/2024 | Check 9944 | $385.67 |



| | | |
|---|---|---|
| 04/12/2024 | Check 9946 | $17,199.60 |



| | | |
|---|---|---|
| 04/24/2024 | Check 9945 | $330.00 |



| | | |
|---|---|---|
| 04/22/2024 | Check 9947 | $16,530.95 |



| | | |
|---|---|---|
| 04/29/2024 | Check 9950 | $182.59 |

| | | |
|---|---|---|
| 04/26/2024 | Check 9952 | $17,468.36 |

